# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nathan, Alison J. | U.S. District Court, Southern District of New York | 08/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisor on the Restatement of the Law, Copyright Project | American Law Institute |
| 2. | Professor (part time) | NYU School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2018 | NYU School of Law (teaching income) | $20,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | NYU School of Law Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Navient | Student Loans | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Emigrant Direct (cash) | A | Interest | J | T | | | | | |
| 2. Bank of America (cash) | | None | K | T | | | | | |
| 3. Chase (cash) | A | Interest | L | T | | | | | |
| 4. IRA #1 (H) | | | | | | | | | |
| 5. Merrill Lynch Bank Deposit Program (cash) | A | Dividend | | | Closed | 02/13/18 | J | | |
| 6. Vanguard Total Bond Market Index Adm Cl (VBTLX) | A | Dividend | K | T | Buy | 04/30/18 | K | | |
| 7. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 8. Vanguard Total Intl Bond Index Adm Cl (VTABX) | A | Dividend | K | T | Buy | 04/26/18 | J | | |
| 9. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 10. Vanguard Total Intl Stock Index Adm Cl (VTIAX) | B | Dividend | L | T | Buy | 04/30/18 | L | | |
| 11. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 12. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 13. Vanguard Total Stock Mkt Index Adm Cl (VTSAX) | A | Dividend | K | T | Buy | 04/26/18 | J | | |
| 14. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 15. | | | | | Buy (add'l) | 05/04/18 | J | | |
| 16. AIG Focused Div Strat (FDSWX) | A | Dividend | | | Sold | 05/01/18 | J | A | |
| 17. AQR Long Short Equity Fd I (QLEIX) | | None | | | Sold | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baron Real Estate Fund Class Instl (BREIX) | | None | | | Sold | 04/30/18 | J | A | |
| 19. Boston Partners Global Long Short Fund Instl Cl (BGLSX) | | None | | | Sold | 04/26/18 | J | | |
| 20. Boston Partners Long / Short Equity Fd Instl (BPLSX) | | None | | | Sold | 04/26/18 | J | | |
| 21. Congress Midcap Growth Fund (IMIDX) | | None | | | Sold | 04/26/18 | J | | |
| 22. Delaware Emerging Mkts Fd I (DEMIX) | | None | | | Sold | 04/26/18 | J | | |
| 23. Fidelity Advisor Biotechnology Fund (FBTIX) | | None | | | Sold | 04/26/18 | J | | |
| 24. Franklin Intl Small Cap (FKSCX) | | None | | | Sold | 04/26/18 | J | | |
| 25. First Trust Val Line Div Index (FVD) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 26. Guggenheim Macro Opps Fund I (GIOIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 27. John Hancock Intl Growth Fund (GOGIX) | | None | | | Sold | 04/26/18 | J | | |
| 28. Kayne Anderson MLP (KYN) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 29. Lazard Global Listed Infra Instl Cl (GLIFX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 30. Loomis Sayles Sr Fl (LSFYX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 31. Lord Abbett Short Duration Income Fd (LDLFX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 32. MFS Emerging Markets Debt Fd (MEDIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 33. Nuveen Short Duration Credit Opportunities Fund (JSD) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 34. Pimco Income Fund (PONPX) | A | Dividend | | | Sold | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Pimco Investment Grade Corp Bd P (PBDPX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 36. Powershares Aerospace and Defense (PPA) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 37. Primecap Odyssey Growth Fund (POGRX) | | None | | | Sold | 04/26/18 | J | | |
| 38. SEI Global Managed Vol Fd Y (SGLYX) | | None | | | Sold | 04/30/18 | J | | |
| 39. T Rowe Price Capital Appreciation Fd Retail (PRWCX) | | None | | | Sold | 04/26/18 | J | | |
| 40. T Rowe Price Global Tech Fd (PRGTX) | | None | | | Sold | 04/26/18 | J | | |
| 41. T Rowe Price Health Sciences Ret (PRHSX) | | None | | | Sold | 04/26/18 | J | | |
| 42. The Oakmark Intl Fund (OAKIX) | | None | | | Sold | 04/26/18 | J | | |
| 43. Thornburg Global Opportunities Fund CL 1 (THOIX) | | None | | | Sold | 04/26/18 | J | | |
| 44. Victoryshares US 500 Vol Wtd (CFA) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 45. Victory Sycamore Established Value Fund (VEVYX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 46. Brokerage Account #2 (H) | | | | | | | | | |
| 47. Merrill Lynch Bank Deposit Program (cash) | A | Interest | | | Closed | 03/01/18 | J | | |
| 48. Vanguard Federal Money Market Fund (cash) | A | Dividend | K | T | Open | 03/02/18 | J | | |
| 49. Vanguard Total Stock Market Index Fund Adm (VTSAX) | A | Dividend | K | T | Buy | 04/30/18 | K | | |
| 50. AIG Focused Div Strat (FDSWX) | | None | | | Sold | 02/23/18 | J | A | |
| 51. AQR Long Short Equity Fd 1 (QLEIX) | | None | | | Sold | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Baron Real Estate Fund (BREFX) | | None | | | Sold | 02/23/18 | J | A | |
| 53. Blackrock Strategic Muni Opportunities Fund Instl (MAMTX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 54. Boston Partners Global Long Short Fund INSTL CL (BGLSX) | | None | | | Sold | 04/26/18 | J | | |
| 55. Boston Partners Long / Short Equity Fd Instl (BPLSX) | | None | | | Sold | 04/26/18 | J | | |
| 56. Congress Midcap Growth Fund INSTL Class (IMIDX) | | None | J | T | | | | | |
| 57. Delaware National High Yield Muni Bond (DVHIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 58. Delaware Emerging Mkts Fd Instl (DEMIX) | A | Distribution | | | Sold | 04/26/18 | J | | |
| 59. Fidelity Advisor Biotech Fd I (FBTIX) | | None | | | Sold | 04/26/18 | J | | |
| 60. Franklin Intl Small Cap (FKSCX) | | None | | | Sold | 04/26/18 | J | | |
| 61. First Trust Val Line Div Index (FVD) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 62. Invesco (formerly Guggenheim) S&P 500 Equal Weight Tech ETF (RYT) | A | Dividend | J | T | | | | | |
| 63. Ishares S&P Mid-Cap 400 (IJH) | A | Distribution | J | T | | | | | |
| 64. Ishares US Healthcare (IYH) | A | Distribution | | | Sold | 04/26/18 | J | | |
| 65. John Hancock Intl Growth Fund (GOGIX) | | None | | | Sold | 04/26/18 | J | | |
| 66. Lazard Glbl Lstd Infrastructure Port I (GLIFX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 67. Nuveen Short Duration Hi Yld Muni Bd Fd (NVHIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 68. Primecap Odyssey Growth Fund CL (POGRX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SEI Global Mgd Volatility Fund Y (SGLYX) | | None | | | Sold | 02/23/18 | J | | |
| 70. T Rowe Price Capital Appreciation Fd Retail (PRWCX) | | None | | | Sold | 04/26/18 | J | | |
| 71. The Oakmark Select Fund (OAKLX) | | None | J | T | | | | | |
| 72. Victoryshares US 500 Vol WTD ETF (CFA) (X) | A | Dividend | J | T | | | | | |
| 73. Wells Fargo Strategic Muni Bd Fd I (STRIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 74. Wells Fargo Muni Bond Fd I (WMBIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 75. Brokerage Account #3 (H) | | | | | | | | | |
| 76. Merrill Lynch Bank Deposit Program | A | Interest | | | Closed | 05/31/18 | J | | |
| 77. Vanguard 500 Index Adm Cl (VFIAX) | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 78. Vanguard Growth Index Adm Cl (VIGAX) | A | Dividend | J | T | Buy | 04/30/18 | J | | |
| 79. Vanguard Total Stock Market Index Adm Cl (VTSAX) | A | Dividend | K | T | Buy | 04/30/18 | K | | |
| 80. AIG Focused Div Strat (FDSWX) | A | Dividend | | | Sold | 04/20/18 | J | A | |
| 81. AQR Long Short Equity Fund I (QLEIX) | | None | | | Sold | 04/26/18 | J | | |
| 82. Baron Real Estate Fund (BREIX) | | None | | | Sold | 04/26/18 | J | | |
| 83. Blackrock Strategic Muni Opportunities Fund Instl (MAMTX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 84. Boston Partners Global Long Short Fund (BGLSX) | | None | | | Sold | 04/26/18 | J | | |
| 85. Boston Partners Long / Short Equity Fd Instl (BPLSX) | | None | | | Sold | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fidelity Advisor Biotechnology Fd (FBTIX) | | None | | | Sold | 04/26/18 | J | | |
| 87. Guggenheim Macro Opps Fund Instl (GIOIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 88. Hartford Mut Fds Inc Bal Inc Fd I (HBLAX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 89. Ishares US Consumer Goods EFT (IYK) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 90. Kayne Anderson MLP (KYN) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 91. Loomis Sayles Sr Fl (LSFYX) (X) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 92. Lord Abbett Short Duration Income Fd (LDLFX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 93. MFS Diversified Income Fund (DIFIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 94. Nuveen Real Asset Income Fund (NRIIX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 95. Nuveen Short Duration Credit Opps Fd (JSD) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 96. Pimco All Asset Fund (PASAX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 97. Pimco Foreign Bond Fd (PFBPX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 98. Pimco Income Fund (PONPX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 99. Pimco Investment Grade Corp Bond Fd P (PBDAX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 100. Primecap Odyssey Growth Fund (POGRX) | A | Dividend | J | T | | | | | |
| 101. SEI Global Mgd Vol Fd Y (SVOAX) | | None | | | Sold | 02/23/18 | J | | |
| 102. T. Rowe Price Capital Appreciation Fd Retail (PRWCX) | | None | | | Sold | 04/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. T Rowe Price Health Sciences Fd (PRHSX) | | None | | | Sold | 04/26/18 | J | | |
| 104. TCW Total Return Bond Fd (TGLMX) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 105. Western Asset Claymore Inflation Linked Opp (WIW) | A | Dividend | | | Sold | 04/26/18 | J | | |
| 106. Brokerage Account #4 (H) | | | | | | | | | |
| 107. TD Ameritrade Cash Account (cash) | A | Interest | J | T | | | | | |
| 108. Apple Inc Stock (AAPL) | A | Dividend | K | T | | | | | |
| 109. Retirement Plan #1 (H) | | | | | | | | | |
| 110. Vanguard FTSE Social Index (VFTSX) | A | Dividend | M | T | | | | | |
| 111. Vanguard Target Retirement 2020 (VTWNX) | D | Dividend | M | T | | | | | |
| 112. Vanguard Target Retirement 2040 (VFORX) | D | Dividend | N | T | | | | | |
| 113. 529 Account #1 (H) | | | | | | | | | |
| 114. JPMorgan 529 Age-Based 9-10 Portfolio C (formerly Moderate Growth) | | None | K | T | | | | | |
| 115. 529 Account #2 (H) | | | | | | | | | |
| 116. NextGen Franklin Templeton Age 0-8 Years Portfolio C | | None | | | Sold | 05/07/18 | K | | |
| 117. MFS 6-10 Yrs C | | None | | | Sold | 05/07/18 | K | | |
| 118. Vanguard Aggressive Age-Based Option | | None | K | T | Buy | 06/04/18 | K | | |
| 119. 529 Account #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JPMorgan 529 Age-Based 9-10 Portfolio C (formerly Moderate Growth) | | None | K | T | | | | | |
| 121. 529 Account #4 (H) | | | | | | | | | |
| 122. NextGen Blackrock 8-10 Yrs C | | None | | | Sold | 05/07/18 | K | | |
| 123. NextGen Franklin Templeton Age 0-8 Years Portfolio C | | None | | | Sold | 05/07/18 | K | | |
| 124. Vanguard Aggressive Age-Based | | None | K | T | Buy | 06/04/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Paart VII, line 79: The Closed date reflects the end of the month when the account zeroed out and is speculative rather than exact.

Part VII, lines 114 and 120: These holdings were consolidated in the 2017 report at line 142.

Part VII, lines 116 and 123: These holdings were consolidated in the 2017 report at line 146.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 32, 76, and 83 of the 2017 report are not reportable in this cycle; there are no corresponding reportable transactions.

| Name of Person Reporting | Date of Report |
|---|---|
| Nathan, Alison J. | 08/01/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alison J. Nathan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544